UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN MANUEL LEDESMA, | § |
| | § |
| VS. | § |
| | § MISC. ACTION NO. 7:16-MC-00823 |
| LORIE DAVIS, Director, | § |
| Texas Department of Criminal Justice, | § |
| Correctional Institutions Division. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's attempt to bring a lawsuit under 42 U.S.C. § 1983, his pending motions to proceed *in forma pauperis* ("IFP") (Dkt. Nos. 1, 5), and his pending motions to have the Court issue a preliminary legal injunction (Dkt. Nos. 1-1, 4). The instant case had been referred to the Magistrate Court for a report and recommendation. On June 6, 2019, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff's § 1983 action be **DISMISSED** with prejudice as frivolous, that his preliminary injunction motions (Dkt. Nos. 1-1, 4) be **DENIED**, and that his motions to proceed IFP (Dkt. Nos. 1, 5) be **DENIED** as moot. The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's § 1983 action is **DISMISSED** with prejudice as frivolous, his preliminary injunction motions (Dkt. Nos. 1-1, 4) are **DENIED**, and his motions to proceed IFP (Dkt. Nos. 1, 5) are **DENIED** as moot.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of July, 2019.

_____
Micaela Alvarez
United States District Judge